UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR 27, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Allison S. Suh,

    Plaintiff,

v.

Federal Home Loan Mortgage Corporation, et al.,

    Defendants.

2:19-cv-00978-VAP (JEMx)

**JUDGMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Order Granting Defendant's Motion to Strike Plaintiff's Complaint, IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 3/27/19

Virginia A. Phillips
Chief United States District Judge

1